UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

| | |
|---|---|
| JOSE ALVITES CENTENO; JULIO GERARDO HERNANDEZ; CARLOS MIZHQUIRI; JORGE MORANTE; CARLOS SORIA; JESUS SORIA; JOSE SORIA; MICHAEL SORIA; ROBERTO SORIA; and WALTER SUAREZ-VASQUEZ, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiffs,<br><br>         -against-<br><br>DBD CONTRACTING LLC; MARK STAVIN, individually and as officer, director, and or principal of DBD CONTRACTING LLC; and JOHN DOES 1-5,<br><br>                                     Defendants. | Case No.:<br><br>17 Civ. 07121 (JFB)(GRB)<br><br>**DEFENDANT DBD CONTRACTING LLC'S RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

----------------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DBD Contracting LLC, which is a private non-governmental party, by and through its attorneys, hereby identifies its parent corporations and any publicly held corporation owning 10% or more of its stock as follows: DBD Contracting LLC has no parent corporation and there is no publicly held corporation that owns 10% or more of DBD Contracting LLC.

Dated:  New York, New York
          April 25, 2018

                                                      **TANNENBAUM HELPERN**
                                                      **SYRACUSE & HIRSCHTRITT LLP**

                                                      By: <u>/s/ *Jason B. Klimpl*         </u>
                                                             Jason B. Klimpl
                                                      900 Third Avenue, 13th Floor
                                                      New York, New York 10022
                                                      (212) 508-6700
                                                      klimpl@thsh.com
                                                      *Attorneys for Defendants*

To: Matthew L. Berman, Esq.
Valli Kane & Vagnini LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
[via ECF]
*Attorneys for Plaintiffs*