

**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
klimpl@thsh.com

June 19, 2018

**BY ECF**

The Honorable Gary R. Brown, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
P.O. Box 9014
Central Islip, NY 11722-9014

   Re:  Selection of Mediator
      *Jose Alvites Centeno, et al. v. DBD Contracting LLC, et al.*
      <u>Case No.: 17-cv-07121-JFB-GRB</u>

Dear Judge Brown:

  We are the attorneys for the Defendants DBD Contracting LLC and Mark Stavin (collectively, "Defendants") in connection with the above-referenced wage and hour action.

  We write to inform you that, pursuant to Your Honor's order dated May 22, 2018, the parties have mutually agreed to Robin H. Gise, Esq. of JAMS mediating this case on August 8, 2018, at 10:00 AM, at the offices of Defendants' counsel, Tannenbaum Helpern Syracuse & Hirschtritt LLP, located at 900 Third Avenue, New York, New York 10022.

  Thank you, Your Honor, for your consideration in this matter.

            Respectfully submitted,

            */s/ Jason B. Klimpl*

            Jason B. Klimpl

[1072757-1]



Honorable Gary R. Brown
June 19, 2018
Page 2 of 2


cc:     Matthew L. Berman, Esq.
        Valli Kane & Vagnini, LLP
        600 Old Country Road, Suite 519
        Garden City, NY 11530
        Tel: 516-203-7180
        Fax: 516-706-0248
        Email: mberman@vkvlawyers.com
        *Attorneys for Plaintiffs*
        [BY ECF & EMAIL]

[1072757-1]