# Valli Kane & Vagnini
## Attorneys at Law

| | |
|---|---|
| 600 Old Country Road<br>St. 519<br>Garden City, New York 11530 | Tel: 516-203-7180<br>Fax: 516-706-0248<br>www.vkvlawyers.com |

August 16, 2018

**VIA ECF**
The Honorable Joseph F. Bianco
United States District Judge
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722

    Re:    *Alvites Centeno, et al., v. DBD Contracting LLC., et al.*
              Case No. 2:17-cv-07121 (JFB) (GRB)

Dear Judge Bianco:

    We represent plaintiffs and write jointly on behalf of all parties in the above-referenced action, which includes claims asserted by ten (10) individuals under the Fair Labor Standards Act. In connection with the Initial Conference Hearing held on May 22, 2018, and as reflected by the Minute Entry docketed on that date, this case was referred to mediation through the Eastern District's *pro bono* mediation program. We are pleased to inform the Court that as a result of the full-day mediation session, the parties have reached a settlement in principle, subject to the parties' submission of a proposed settlement agreement and fairness statement for the Court's consideration. The parties are working to finalize the terms of their settlement and to prepare the settlement documents.

    We request that we be permitted sixty (60) days to reduce the agreement to writing and to submit the settlement documentation, along with a fairness statement, to the Court for review and consideration. We also request that all other applicable deadlines (*e.g.* discovery) be suspended *sine die*.

Respectfully submitted,

Matthew L. Berman

cc:    Hon. Gary R. Brown, U.S.M.J., via ECF.
         All counsel of record, via ECF.