# Valli Kane & Vagnini

EMPLOYEE RIGHTS ATTORNEYS

---

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

October 15, 2018

**VIA ECF**
The Honorable Joseph F. Bianco
United States District Judge
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

   Re: *Alvites Centeno, et al., v. DBD Contracting LLC, et al.*
      Case No. 2:17-cv-07121 (JFB)(GRB)

Dear Judge Bianco:

  We represent plaintiffs and write with the consent of all parties in the above-referenced action.

  We respectfully request a two week extension of our time to submit our settlement-related documents in this matter which concerns federal FLSA claims and comparable claims brought under New York law.

  We request the time to finalize the settlement agreement and provide a statement of fairness for the Court, and because Counsel for plaintiff is actively engaged at trial on another matter (Giambrone v. Lima, Index No. 607412/2015) pending in Nassau County Supreme Court until Thursday, October 18, 2017.

  Accordingly, we respectfully request that our time to submit these papers be extended to on or before October 29, 2018.

            Respectfully submitted,

            *s/Matthew L. Berman*
            Matthew L. Berman

Cc: Hon. Gary R. Brown, U.S.M.J., via ECF
    All counsel of record, via ECF