# Valli Kane & Vagnini

EMPLOYEE RIGHTS ATTORNEYS

---

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

December 19, 2018

**VIA ECF**
The Honorable Joseph F. Bianco
United States District Judge
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

  Re: *Alvites Centeno, et al., v. DBD Contracting LLC, et al.*
    Case No. 2:17-cv-07121 (JFB)(GRB)

Dear Judge Bianco:

  Pursuant to Order dated November 27, 2018, enclosed please find our time and expense entries in connection with the above-referenced matter.

           Respectfully submitted,

           *s/Matthew L. Berman*
           Matthew L. Berman

Cc: Hon. Gary R. Brown, U.S.M.J., via ECF
   All counsel of record, via ECF

# Valli Kane & Vagnini LLP

600 Old Country Rd. Suite 519
Garden City, NY 11530

O: (516) 203-7180
F: (516) 706-0248

**INVOICE**

| Issue Date | 12/11/2018 |
|---|---|
| Matter | DBD Contracting |

Bill To:
Avila, Fabricio
704 Seneca aVE.
Ridgewood, New York
United States 11385

## Time Entries

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Email<br>1/2/2018<br>[DBD Contracting] Emails with J. Klimpl and M. Greenfield re: service of process waiver kits and review of same. | Matthew L. Berman | $450.00 | 0.50 | $225.00 |
| Research<br>2/2/2018<br>[DBD Contracting] NYLL 191 and 193 for unlawful deductions and frequency of pay for plaintiffs OTC work and missed wages | Alexander M White | $250.00 | 0.33 | $82.50 |
| Telephone call<br>2/14/2018<br>[DBD Contracting] Telephone call with J. Klimpl re: walkthrough of defendants' payroll records and summary spreadsheets containing analyses of unpaid overtime. | Matthew L. Berman | $450.00 | 0.80 | $360.00 |
| Communicate (in firm)<br>2/14/2018<br>[DBD Contracting] Confer with A. Figeuras re: strategy for meeting with DBD plaintiffs to review payroll records provided by defendants. | Matthew L. Berman | $450.00 | 0.30 | $135.00 |
| Telephone call<br>4/30/2018<br>[DBD Contracting] t/c w/Jorge Morante (clt) re: status update | Luz Arce | $150.00 | 0.17 | $25.50 |
| Meeting<br>5/20/2018<br>[DBD Contracting] met w/clts to review evidence of their hours worked. | Luz Arce | $150.00 | 2.25 | $337.50 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/20/2018<br>[DBD Contracting] Meeting with L. Arce and clients Jose Alvites Centeno, Carlos Mizhguiri, Walter Suarez, and Jose (Jesus) Soria to review clients' paystubs and defendant's payroll information, summary charts & related calculations, and week-by-week payroll detail. | Matthew L. Berman | $450.00 | 3.50 | $1,575.00 |
| Email<br>5/21/2018<br>[DBD Contracting] Email to J. Klimpl to provide supplemental information relating to our meet and confer, after conferring with clients. | Matthew L. Berman | $450.00 | 0.30 | $135.00 |
| Other<br>5/21/2018<br>[DBD Contracting] t/c w/Jesus Soria (clt) re: status | Luz Arce | $150.00 | 0.08 | $12.00 |
| Other<br>5/21/2018<br>[DBD Contracting] t/c w/Carlos Soria (clt) re: status | Luz Arce | $150.00 | 0.05 | $7.50 |
| Other<br>5/21/2018<br>[DBD Contracting] t/c w/Michael Soria (clt) re: status. | Luz Arce | $150.00 | 0.05 | $7.50 |
| Communicate (other outside counsel)<br>6/11/2018<br>[DBD Contracting] Emails with opposing counsel re: selection of a mediator, and related e-mails with Mediator Robin Gise. | Matthew L. Berman | $450.00 | 0.50 | $225.00 |
| Draft/revise<br>6/11/2018<br>[DBD Contracting] Draft/revise plaintiffs' initial disclosures. | Matthew L. Berman | $450.00 | 1.00 | $450.00 |
| Communicate (other outside counsel)<br>6/12/2018<br>[DBD Contracting] Emails with Robin Gise and J. Klimpl re: mediation dates; communicate with L. Arce re: obtaining clients' availability to attend mediation on specified dates. | Matthew L. Berman | $450.00 | 0.30 | $135.00 |
| Communicate (with client)<br>6/12/2018<br>[DBD Contracting] Called all 11 clients and provided status update. | Luz Arce | $150.00 | 0.50 | $75.00 |
| Draft/revise<br>6/14/2018<br>[DBD Contracting] Draft Plaintiffs' initial disclosures (.5); confer with L. Arce re: dates of availability of each plaintiff for mediation sessions (.2); confer with L. Arce re: document production of plaintiffs' paystubs and job tickets and bates-stamping of same (.2) | Matthew L. Berman | $450.00 | 0.90 | $405.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>6/19/2018<br>[DBD Contracting] t/calls w/clts re: status | Luz Arce | $150.00 | 0.08 | $12.00 |
| Communicate (in firm)<br>6/19/2018<br>[DBD Contracting] Communications with L. Arce re: updating clients on date/time of upcoming mediation. | Matthew L. Berman | $450.00 | 0.20 | $90.00 |
| Communicate (other outside counsel)<br>6/19/2018<br>[DBD Contracting] Communications with outside counsel confirming date and time of upcoming mediation and re: selection of mediator (.2), review status update to court re: same (.1) | Matthew L. Berman | $450.00 | 0.30 | $135.00 |
| Worked on<br>6/21/2018<br>[DBD Contracting] translation of Power of Attorney from English to Spanish; | Luz Arce | $150.00 | 4.00 | $600.00 |
| Communicate (other external)<br>7/30/2018<br>[DBD Contracting] T/c with R. Gise and J. Klimpl re: mediation. | Matthew L. Berman | $450.00 | 0.50 | $225.00 |
| Communicate (with client)<br>8/2/2018<br>[DBD Contracting] Called all the clts to remind them of the Mediation appt. on 8/8 at 10 am. | Luz Arce | $150.00 | 0.16 | $24.00 |
| Preparation<br>8/2/2018<br>[DBD Contracting] Preparation of Settlement spreadsheet for mediation. Discuss with MB | Robert J Valli Jr | $550.00 | 1.00 | $550.00 |
| Plan and prepare for<br>8/3/2018<br>[DBD Contracting] Plan and prepare for mediation session, including preparation of mediation statement and damages analyses for all named plaintiffs. | Matthew L. Berman | $450.00 | 4.50 | $2,025.00 |
| Communicate (with client)<br>8/6/2018<br>[DBD Contracting] t/c w/clts to explain settlement damages | Luz Arce | $150.00 | 0.58 | $87.00 |
| Communicate (with client)<br>8/6/2018<br>[DBD Contracting] t/c w/Vasquez (clt) re: settlement amount | Luz Arce | $150.00 | 0.16 | $24.00 |
| Communicate (with client)<br>8/7/2018<br>[DBD Contracting] t/c w/Alvites (clt) re: settlement amount | Luz Arce | $150.00 | 0.25 | $37.50 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Telephone call<br>8/7/2018<br>[DBD Contracting] Telephone call with Mediator and MB to discuss tomorrows mediation and numbers. | Robert J Valli Jr | $550.00 | 0.30 | $165.00 |
| Preparation<br>8/7/2018<br>[DBD Contracting] Preparation and planning for mediation session. | Matthew L. Berman | $450.00 | 8.00 | $3,600.00 |
| Communicate (other external)<br>8/7/2018<br>[DBD Contracting] Telephone call with mediator R. Gise re: mediation session. | Matthew L. Berman | $450.00 | 1.00 | $450.00 |
| Communicate (with client)<br>8/7/2018<br>[DBD Contracting] Telephone calls with each of the individual plaintiffs concerning their damages calculations and settlement authority. | Matthew L. Berman | $450.00 | 2.00 | $900.00 |
| Preparation<br>8/7/2018<br>[DBD Contracting] Preparation for mediation session. Review complaint, payroll data and damages spreadsheet | Robert J Valli Jr | $550.00 | 1.50 | $825.00 |
| Discussion<br>8/8/2018<br>[DBD Contracting] Discuss DBD mediation with MH and JV | Alexander M White | $250.00 | 0.16 | $40.00 |
| Appear for/attend<br>8/8/2018<br>[DBD Contracting] Attend mediation in midtown, Manhattan. | Matthew L. Berman | $450.00 | 9.50 | $4,275.00 |
| Mediation<br>8/8/2018<br>[DBD Contracting] Mediation in Defense counsels office, with clients, interpreter, MB, other side and Robin Gise. | Robert J Valli Jr | $550.00 | 10.00 | $5,500.00 |
| Appear for/attend<br>8/8/2018<br>[DBD Contracting] Mediation in NYC. Translated to Spanish for the clts. Translated to English (clts' questions and concerns) to attys and mediator | Luz Arce | $150.00 | 7.50 | $1,125.00 |
| Travel<br>8/8/2018<br>[DBD Contracting] Travel from Queens to NYC; NYC to Queens for Mediation | Luz Arce | $150.00 | 2.00 | $300.00 |
| Discussion<br>8/9/2018<br>[DBD Contracting] Discuss mediation and settlement with MB | Alexander M White | $250.00 | 0.33 | $82.50 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>8/13/2018<br>[DBD Contracting] Email with J. Klimpl re: letter to court informing it of settlement results. | Matthew L. Berman | $450.00 | 0.10 | $45.00 |
| Meeting<br>10/29/2018<br>[DBD Contracting] VKV meeting to discuss status of the case. | Alexander M White | $250.00 | 0.17 | $42.50 |
| Draft/revise<br>10/31/2018<br>[DBD Contracting] Draft/Revise Proposed Settlement Agreement and Fairness Statement Letter to Judge Bianco. | Matthew L. Berman | $450.00 | 10.00 | $4,500.00 |
| Draft/revise<br>11/1/2018<br>[DBD Contracting] Draft/Revise Proposed Settlement Agreement and Fairness Statement Letter to Judge Bianco. | Matthew L. Berman | $450.00 | 3.50 | $1,575.00 |
| Communicate (with client)<br>11/1/2018<br>[DBD Contracting] Called each client to explain we had the Sttlmt Agmt prepared and needed them to sign same. | Luz Arce | $150.00 | 0.50 | $75.00 |
| Communicate (with client)<br>11/7/2018<br>[DBD Contracting] called all of the clts re: signing of agmt and sending back to us. | Luz Arce | $150.00 | 0.25 | $37.50 |
| Draft/revise<br>11/20/2018<br>[DBD Contracting] Draft/revise fairness letter to court re: settlement. | Matthew L. Berman | $450.00 | 2.00 | $900.00 |
| Draft/revise<br>11/20/2018<br>[DBD Contracting] Draft/revise fairness letter to Judge Bianco. | Matthew L. Berman | $450.00 | 1.50 | $675.00 |
| Draft/revise<br>11/26/2018<br>[DBD Contracting] Draft/revise/finalize letter to Judge Bianco re: fairness of FLSA settlement and accompanying documentation. | Matthew L. Berman | $450.00 | 1.50 | $675.00 |
| Communicate (with client)<br>12/3/2018<br>[DBD Contracting] t/c w/J. Soria (client) re: status | Luz Arce | $150.00 | 0.03 | $4.50 |
| Review/analyze<br>12/10/2018<br>[DBD Contracting] Review time and expenses in connection with submission of fairness statement to Court for settlement approval. | Matthew L. Berman | $450.00 | 1.00 | $450.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| | | **Time Entries Total:** | 86.10 | $34,244.00 |

Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Courtfees<br>12/6/2017<br>[DBD Contracting] Filing Fee | Mary Anne Greenfield | $400.00 | 1.00 | $400.00 |
| Arbitrators/mediators<br>7/9/2018<br>[DBD Contracting] Mediation Fees | Mary Anne Greenfield | $300.00 | 1.00 | $300.00 |
| Parking<br>8/8/2018<br>[DBD Contracting] | Robert J Valli Jr | $10.50 | 1.00 | $10.50 |
| Meals<br>8/8/2018<br>[DBD Contracting] Lunch | Robert J Valli Jr | $124.87 | 1.00 | $124.87 |
| Parking<br>8/9/2018<br>[DBD Contracting] Parking - LIC | Robert J Valli Jr | $10.50 | 1.00 | $10.50 |
| Travel<br>8/9/2018<br>[DBD Contracting] Subway to and from Mediation. | Robert J Valli Jr | $5.00 | 1.00 | $5.00 |
| Mileage<br>8/9/2018<br>[DBD Contracting] Mileage to and from for mediation. (26 miles total) | Robert J Valli Jr | $13.65 | 1.00 | $13.65 |
| Arbitrators/mediators<br>8/14/2018<br>[DBD Contracting] Additional mediation session | Mary Anne Greenfield | $625.00 | 1.00 | $625.00 |
| | | **Expenses Total:** | 8.00 | $1,489.52 |

| | |
|---|---|
| Total (USD) | $35,733.52 |
| Paid | $0.00 |
| Balance | $35,733.52 |
| Total Outstanding | $35,733.52 |

Terms & Conditions
Available Credit: 0.00

# Valli Kane & Vagnini
### 600 Old Country Road - Suite 519
### Garden City, NY 11530
### 516-203-7180

December 10, 2018

See Notes Section for Names and Addresses of Clients

---

In Reference To:     v DBD Contracting

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/23/2017 | MB | Review new client intake for Carlos Mihquirri. | 0.50 $450.00/hr | 225.00 |
| | MB | Review new client intake for Fabricio Avila. | 0.50 $450.00/hr | 225.00 |
| 2/8/2017 | MB | Review new client intake for Carlos Soria. | 0.63 $450.00/hr | 285.00 |
| | MB | Review new client intake for Heraldo Hernandez. | 0.63 $450.00/hr | 285.00 |
| | MB | Review new client intake for J. Soria. | 0.63 $450.00/hr | 285.00 |
| 2/14/2017 | MB | Client meeting with A. Figueras and Soria family. | 1.00 $450.00/hr | 450.00 |
| 2/16/2017 | MB | Teleconference with A.F. and clients re: commencing case against DBD. | 1.00 $450.00/hr | 450.00 |
| | MB | Conference with A.F. and clients re: commencing case against DBD. | 1.50 $450.00/hr | 675.00 |
| 3/10/2017 | MB | Review new client intake re. J. Alvites. | 0.30 $450.00/hr | 135.00 |
| | MB | Draft/revise initial letter to defendants. | 1.50 $450.00/hr | 675.00 |

See Notes Section for Names and Addresses of Clients                                                           Page    2

|           |     |                                                                                  | Hrs/Rate          | Amount   |
|-----------|-----|----------------------------------------------------------------------------------|-------------------|----------|
| 4/3/2017  | MB  | Review/revise initial demand letter.                                             | 2.50 $450.00/hr   | 1,125.00 |
|           | RJV | Review and edit initial demand letter.                                           | 0.50 $550.00/hr   | 275.00   |
| 4/4/2017  | MB  | Review/revise initial letter to DBD re: settlement demand per RV edits/comments  | 2.00 $450.00/hr   | 900.00   |
| 4/6/2017  | MB  | Email case status update to J. Vagnini, S. Kane and R. Valli.                    | 0.20 $450.00/hr   | 90.00    |
| 4/10/2017 | MB  | Email case status J. Klimpl re: settlement negotiation.                          | 0.20 $450.00/hr   | 90.00    |
|           | MB  | Teleconfernce with J. Klimpl re: settlement negotiations.                        | 1.00 $450.00/hr   | 450.00   |
| 4/18/2017 | MB  | Email A. Figueras re: clients experiencing retaliation issues.                   | 0.20 $450.00/hr   | 90.00    |
| 4/21/2017 | MB  | Email A. Figueras re: preventing retalation and termination issues for clients.  | 0.40 $450.00/hr   | 180.00   |
| 4/27/2017 | MB  | Email A. Figueras re: current status of workplace environment.                   | 0.30 $450.00/hr   | 135.00   |
| 4/28/2017 | MB  | Email C. Fenton re: client payroll records.                                      | 0.30 $450.00/hr   | 135.00   |
| 5/10/2017 | MB  | Review "cease and desist"letter received from defendants.                        | 0.50 $450.00/hr   | 225.00   |
| 5/11/2017 | MB  | Discussion with Rob V regarding "cease and desist" letter.                       | 0.25 $450.00/hr   | 112.50   |
|           | RJV | Discussion with MB re: retaliation cease and desist ltr by emer.                 | 0.25 $550.00/hr   | 137.50   |
| 5/12/2017 | MB  | Teleconferenced with A. Figueras and clients re: cease and desist letter received from defendants. | 0.40 $450.00/hr | 180.00 |
|           | MB  | Emails with A. Figueras re: plaintiff Morante work and termination issues.       | 0.20 $450.00/hr   | 90.00    |
|           | MB  | Teleconferences with clients re: their duty of loyalty to employer.              | 2.00 $450.00/hr   | 900.00   |
| 5/15/2017 | MB  | Emails with A. Figeras re: H. Hernandez working hours.                           | 0.30 $450.00/hr   | 135.00   |

See Notes Section for Names and Addresses of Clients                                            Page    3

|            |    |                                                                                                                  | Hrs/Rate         | Amount |
|------------|----|------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 5/16/2017  | MB | Emails with A. Figeras re: J. Avila termination issue.                                                           | 0.20 $450.00/hr  | 90.00  |
| 5/22/2017  | MB | Emails with J. Klimpl re: defendants' time records and review of same.                                           | 0.60 $450.00/hr  | 270.00 |
|            | MB | Emails with J. Klimpf re: hours worked and related review of defendants' time card documentation.                | 1.50 $450.00/hr  | 675.00 |
| 5/23/2017  | MB | Emails with J. Klimpl re: plaintiffs dispute concerning the accuracy of defendants' time records.                | 0.40 $450.00/hr  | 180.00 |
| 5/24/2017  | MB | Emails with J. Klimpl re: additional documentation of time worked vs time paid.                                  | 0.10 $450.00/hr  | 45.00  |
| 6/9/2017   | MB | Emails with A. Figueras re: plaintiff Fabricio's withdrawal of claims..                                          | 0.20 $450.00/hr  | 90.00  |
| 6/13/2017  | MB | Emails with A. Figueras re: client weekly timesheets..                                                           | 0.30 $450.00/hr  | 135.00 |
| 6/28/2017  | MB | Emails with A. Figueras re: clients' "work ticket" documentation.                                                | 0.20 $450.00/hr  | 90.00  |
| 7/11/2017  | MB | Teleconference with A. Figueras and clients re: payroll data                                                     | 0.50 $450.00/hr  | 225.00 |
| 7/18/2017  | MB | Emails with A. Figueras re: client status updates.                                                               | 0.30 $450.00/hr  | 135.00 |
| 7/21/2017  | MB | Teleconference with J. Klimpl re: settlement negotiations.                                                       | 0.10 $450.00/hr  | 45.00  |
| 7/24/2017  | MB | Teleconfernce with J. Klimpl re: settlement negotiations.                                                        | 0.30 $450.00/hr  | 135.00 |
| 7/25/2017  | MB | Teleconference with A. Figueras and clients re: settlement negotiations.                                         | 1.00 $450.00/hr  | 450.00 |
|            | MB | Teleconference with A. Figueras and clients re: settlement negotiations.                                         | 1.00 $450.00/hr  | 450.00 |
| 8/2/2017   | MB | Emails with A. Figueras re: Morante issues and update re: settlement discussions.                                | 0.50 $450.00/hr  | 225.00 |
| 8/8/2017   | MB | Emails with A. Figeuras and C. Soria re: settlement discussions.                                                 | 0.20 $450.00/hr  | 90.00  |
| 8/12/2017  | MB | Emails with A. Figeuras re: information needed to make individual client settlement demands (.2) and t/c with A. Figeruas and R. Soria re: same (.8). | 1.00 $450.00/hr  | 450.00 |

See Notes Section for Names and Addresses of Clients                                                         Page    4

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2017 | AW | Telephone call with client CM for facts about the case to draft complaint | 0.33 $200.00/hr | 66.67 |
| 11/3/2017 | AW | Draft complaint 11/3 | 0.67 $200.00/hr | 133.33 |
| 11/6/2017 | AW | Draft complaint | 6.17 $200.00/hr | 1,233.33 |
|  | AW | Telephone call with client to discuss facts to draft complaint | 0.17 $200.00/hr | 33.33 |
| 11/7/2017 | RJV | Review draft complaint, edit and discuss with Alex W. | 0.75 $550.00/hr | 412.50 |
|  | AW | Draft Complaint - discuss edits with Rob. | 1.33 $200.00/hr | 266.67 |
| 11/8/2017 | AW | Draft complaint | 2.67 $200.00/hr | 533.33 |
|  | AW | Telephone call with two Ps to get info about retaliation | 0.50 $200.00/hr | 100.00 |
|  | AW | Review complaint | 0.67 $200.00/hr | 133.33 |
| 11/9/2017 | AW | Edit complaint | 2.50 $200.00/hr | 500.00 |
| 11/10/2017 | AW | Revised complaint | 3.17 $200.00/hr | 633.33 |
| 11/13/2017 | AW | Revised complaint | 2.00 $200.00/hr | 400.00 |
| 11/14/2017 | AW | Edit complaint | 1.17 $200.00/hr | 233.33 |
| 11/30/2017 | AW | Edit complaint | 1.00 $200.00/hr | 200.00 |
| 12/4/2017 | AW | Edit complaint | 0.33 $200.00/hr | 66.67 |
| 12/5/2017 | AW | Edit complaint | 1.67 $200.00/hr | 333.33 |
|  | AW | Meeting MB regarding filing/edits to complaint | 0.33 $200.00/hr | 66.67 |

Case 2:17-cv-07121-JFB-GRB   Document 17   Filed 12/19/18   Page 13 of 13 PageID #: 151

See Notes Section for Names and Addresses of Clients                                    Page    5

|            |     |                                                |           Hrs/Rate |     Amount |
|------------|-----|------------------------------------------------|--------------------|------------|
| 12/5/2017  | RB  | Review and edit draft complaint                | 1.50 $450.00/hr    | 675.00     |
| 12/6/2017  | CF  | Prepare civil cover sheet and file complaint.  | 0.50 $150.00/hr    | 75.00      |
|            |     | For Professional Services Rendered             | 55.52              | $18,815.82 |

Additional Charges :

| 11/27/2017 | Research - West Law |        | 20.70   |
|------------|---------------------|--------|---------|
| 12/6/2017  | Filing Fee          |        | 400.00  |
|            | Total additional charges |   | $420.70 |
|            | Total amount of this bill |  | $19,236.52 |
|            | Balance due         |        | $19,236.52 |