```
DATE: December 19, 2018  AT: 1:00 p.m. TIME IN COURT:  15 mins.
BEFORE:     JUDGE JOSEPH F. BIANCO, U.S.D.J.:
            CIVIL CAUSE FOR TELEPHONE CONFERENCE

DOCKET NUMBER: 17-cv-07121 (JFB)(GRB)

TITLE: Alvites Centeno et. al. v. DBD Contracting LLC et. al.

FTR:  1:08-1:16            COURTROOM DEPUTY: Doreen Flanagan


       X     COUNSEL FOR ALL SIDES PRESENT.
             Matthew L. Berman (plaintiff)
             Jason B. Klimpl (defendant)
             Andrew Yacyshyyn (defendant)

       X     CASE CALLED

       X     CONFERENCE HELD

             DISCOVERY TO BE COMPLETED BY

             PARTIES TO COMPLETE
             BY THE NEXT CONFERENCE OR BY

             NEXT (TELEPHONE) STATUS CONFERENCE SET FOR:

             CASE TO BE REFERRED TO MAGISTRAT-E JUDGE
             FOR

             MOTION SHALL BE FILED BY
             OPPOSITION SHALL BE FILED BY
             REPLY SHALL BE FILED BY
             ORAL ARGUMENT SHALL TAKE PLACE

             JURY SELECTION SET FOR

             JURY TRIAL TO CONTINUE

       X     OTHER:  The Court approves the settlement as set forth
                     on the record.  Stipulation of Dismissal to be
                     filed within the next few days.
```