```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALVITES CENTENO, et al.,
                          Plaintiffs,

        -against-

DBD CONTRACTING LLC., et al.

                          Defendants.
-----------------------------------------------------------X
```

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 19 2018   ★

LONG ISLAND OFFICE

ORDER
17-CV-07121 (JFB) (GRB)

JOSEPH F. BIANCO, District Judge:

The parties have submitted to the Court for approval a Settlement Agreement, which has been executed by all parties, resolving the instant litigation. (ECF No. 16.)

It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015). Having carefully reviewed the Settlement Agreement, and for the reasons set forth on the record during the conference held on December 19, 2018, the Court finds that it is fair and reasonable under all of the circumstances. Accordingly, IT IS HEREBY ORDERED that approval of the Settlement Agreement, including attorney's fees and costs, is granted.

SO ORDERED

*Joseph Bianco*

Joseph F. Bianco
United States District Judge

Dated: December 19, 2018
       Central Islip, New York