**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2018 ★

LONG ISLAND OFFICE

| | |
|---|---|
| JOSE ALVITES CENTENO *et al.* | : |
| Plaintiffs, | : |
| v. | : |
| DBD Contracting LLC *et al.*, | : |
| Defendants. | : |

Case No. 17 Civ. 7121 (JFB) (GRB)

**STIPULATION OF DISMISSAL**
<u>**WITH PREJUDICE**</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed <u>with prejudice</u> pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear their or its own costs and attorneys' fees.

_____
Jason B. Klimpl, Esq.
TANNENBAUM HELPERN ET AL
900 Third Avenue, 13th Floor
New York, New York 10022
klimpl@thsh.com
(212) 508-7529
*Attorneys for Defendants*

Dated: 11/__/18

SO ORDERED: 12/19/18
*Joseph Bianco*
Honorable Joseph F. Bianco, U.S.D.J.
Dated:

_____
Matthew L. Berman, Esq.
VALLI KANE & VAGNINI, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
mberman@vkvlawyers.com
(516) 203-7180
*Attorneys for Plaintiffs*

Dated: 11/26/18

The Clerk of the Court shall the case. Close